**No. 10-8914. Forrest Lee Jones, Petitioner v. Matthew Cate, Secretary,**

**California Department of Correc-
tions and Rehabilitation.**

563 U.S. 941, 131 S. Ct. 2102, 179 L.
Ed. 2d 900, 2011 U.S. LEXIS 3163.

April 18, 2011. Petition for writ of cer-
tiorari to the United States Court of Ap-
peals for the Ninth Circuit denied.